[No. 48059-6-I.   Division One.   November 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RUBEN CONTRERAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10758-3, Charles W. Mertel, J., entered January 29, 2001. *Affirmed* by unpublished per curiam opinion.

[Nos. 48364-1-I; 48461-3-I.   Division One.   November 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. D.L.W., ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Snohomish County, No. 00-8-02558-1, Ellen J. Fair, J., entered March 21 and 28, 2001. *Remanded* by unpublished per curiam opinion.

[No. 49296-9-I.   Division One.   November 18, 2002.]

NANCY FLINT, *Respondent*, v. E. GARY DONION, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-15492-5, Sharon S. Armstrong, J., entered September 6, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Schindler, J., concurred in by Baker and Kennedy, JJ.

[No. 49329-9-I.   Division One.   November 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. IOSIF TAMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01148-7, Charles W. Mertel, J., entered September 14, 2001. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Agid and Ellington, JJ.